UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Francis K. Fraine,
        Plaintiff,

                                                    CIVIL ACTION
      v.                                         NO. 08-40242-FDS

David Massad, et al.,
        Defendant,


## ORDER OF DISMISSAL

SAYLOR, D.J.

    Plaintiff not having complied with this Court's Order to Show Cause dated 7/08/10, it is hereby ORDERED that the above-entitled action be and hereby is dismissed for failure to prosecute.


                                                        By the Court,


   7/30/10                                  /s/ Martin Castles
    Date                                     Deputy Clerk
                                            508-929-9904